# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Kassidy Arkwright,<br><br>                Plaintiff,<br><br>v.<br><br>Oxford Law LLC,<br><br>                Defendants. | Civil Action No.: 4:14-cv-00333-BYP<br><br>**MOTION FOR REFUND OF FILING FEE** |

Plaintiff, Kassidy Arkwright, by and through her undersigned counsel, hereby requests to strike the civil case filed with the court on February 14, 2014, as the case was filed in error. Furthermore, Plaintiff requests that the filing fee paid on February 14, 2014 be refunded.

WHEREFORE, Plaintiff respectfully requests the court strike the case and allows Plaintiff to be refunded the filing fee.

Dated: February 14, 2014

                                                                       Respectfully submitted,

                                                                       By   /s/ Sergei Lemberg

                                                                       Sergei Lemberg, Esq.
                                                                       LEMBERG & ASSOCIATES L.L.C.
                                                                       1100 Summer Street, 3rd Floor
                                                                       Stamford, CT 06905
                                                                       Telephone: (203) 653-2250
                                                                       Facsimile: (203) 653-3424
                                                                       Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 14, 2014, a true and correct copy of the foregoing was filed with the clerk of the Court through the CM/ECF filing system.

                                              _/s/ Sergei Lemberg_

                                              Sergei Lemberg, Esq.