PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KASSIDY ARKWRIGHT, | ) | |
| | ) | CASE NO. 4:14CV0333 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| OXFORD LAW LLC, *et al.*, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Defendants. | ) | [Resolving ECF No. 2] |

Pending is Plaintiff's Motion for Refund of Filing Fee (ECF No. 2).

Plaintiff requests a refund of the case filing fee. 28 U.S.C. § 1914(a) provides in pertinent part:

> The clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $350, . . . .

At its March 2013 session, the Judicial Conference amended the Electronic Public Access Fee Schedule for the appellate, district, and bankruptcy courts, the United States Court of Federal Claims, and the Judicial Panel on Multidistrict Litigation. The fee for filing a new civil case is $400.00. *See* Fee Schedule. On February 14, 2014, the Clerk collected $400.00 from Plaintiff for the payment of fees. *See* Receipt number 0647-6407135.

The Court finds that Plaintiff is entitled to a return of the $400.00 filing fee due to a clerical error in the filing of the Complaint (ECF No. 1) in this Court. Furthermore, there have been other instances in this Court where a District Judge ordered the refund of a filing fee. *See,*

(4:14CV0333)

*e.g.*, *Means v. Doe*, No. 1:00CV1694 (N.D. Ohio filed July 29, 2000) (Matia, C.J.) (citing *Hill v. Consolidated Rail Corp.*, No. 1:97CV3236 (N.D. Ohio filed Sept. 10, 1998) (Matia, J.)).

Accordingly, Plaintiff's Motion for Refund of Filing Fee (ECF No. 2) is granted. The Clerk of this Court is hereby authorized and directed to refund the $400.00 filing fee to

> Sergei Lemberg, Esq.
> Lemberg & Associates L.L.C.
> 1100 Summer Street, 3rd Floor
> Stamford, CT  6905

The within matter is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).


IT IS SO ORDERED.


 February 21, 2014                         */s/ Benita Y. Pearson*
Date                                        Benita Y. Pearson
                                            United States District Judge